UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY ANN FITZPATRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV02380 ERW |
| | ) |
| BJC HEALTHCARE et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon Plaintiff's Motion to Appoint Counsel [doc. #8]. Upon review, the Court has determined that it requires further information from Plaintiff before making a determination concerning Plaintiff's request that counsel be appointed to represent her in this matter. Specifically, in her Financial Affidavit, Plaintiff has indicated that she does own real estate, stocks, bonds, notes, automobiles, or other valuable property. However, Plaintiff states that the value of this property is "unknown," and she does not list or otherwise describe the property. Before the Court can make its determination as to Plaintiff's request for appointment of counsel, Plaintiff must provide a list and approximate value of any real estate, stocks, bonds, notes, automobiles, or other valuable property she may own.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a new Financial Affidavit. In the section labeled "Property," Plaintiff shall describe and provide an approximate valuation of any real estate, stocks, bonds, notes, automobiles, or other valuable property she may own. Plaintiff shall file said

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

new Financial Affidavit within **TEN (10)** days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff a Financial Affidavit form along with a copy of this Order.

Dated this 3rd day of March, 2006.

_E. Richard Webber_
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com